FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHANIEL JOSEPH BLAZE,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL A. SMELOSKY,<br><br>Respondent. | No. EDCV 08-1877 AG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that respondent's motion to dismiss is granted and that Judgment be entered denying the Petition as time-barred and dismissing this action with prejudice.

DATED: December 1, 2009

ANDREW J. GUILFORD
United States District Judge