FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATHANIEL JOSEPH BLAZE,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL A. SMELOSKY,<br><br>    Respondent. | No. EDCV 08-1877 AG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 30, 2009

ANDREW J. GUILFORD
United States District Judge